# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Hairston,         ) | No. CV 1-08-728-NVW |
|             Plaintiff,  ) | **ORDER** |
| vs.                     ) | |
| M. Geston, et al.,      ) | |
|             Defendants. ) | |

IT IS ORDERED that the United States Marshal serve process in this case upon Defendant Suell within the next 30 days.

The United States Marshal shall include in his return of service the appropriate fees for service so they can be assessed against Defendant pursuant to Fed R. Civ. P. 4(d)(2).

DATED this 15th day of July, 2009.

_____
Neil V. Wake
United States District Judge