# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Hairston, ) | No. CV 1-08-728-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| M. Geston, et al., ) | |
| Defendants. ) | |

Pursuant to Plaintiff's Motion to Withdraw Claim (doc. # 19),

IT IS ORDERED that Plaintiff's Motion to Withdraw Claim (doc. # 19) is granted pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action without prejudice.

DATED this 2nd day of February, 2010.

_____
Neil V. Wake
United States District Judge